### ORISON *v.* THE SYRACUSE.

*(Circuit Court, E. D. New York. July 1, 1890.)*

In Admiralty. On appeal from district court. See 35 Fed. Rep. 367.

*Carpenter & Mosher,* for libelant Orison.

*Owen & Gray,* for the Syracuse.

BLATCHFORD, Justice. In this case let a decree be entered for the libelant for $910.22, with interest from April 10, 1889, and for his costs in this court to be taxed.